COURT OF
APPEALS
SECOND DISTRICT OF TEXAS
FORT WORTH
NO. 2-03-017-CV
 
IN RE 21ST CENTURY TECHNOLOGIES, INC.                                    
RELATOR
 
------------
ORIGINAL PROCEEDING
------------
MEMORANDUM OPINION(1)
------------
The court has considered relator's petition for writ of mandamus and is of
the opinion that relief should be denied. Accordingly, relator's petition for
writ of mandamus is denied.
Relator shall pay all costs of this original proceeding, for which let
execution issue.
 
PER CURIAM
 
PANEL A: CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.
[DELIVERED JANUARY 21, 2003]

1. See Tex. R. App. P. 47.4.